IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02358-OES

MIECZYSLAW BRONAKOWSKI,
         Plaintiff,

v.

BOULDER DISTRICT SCHOOL,
         Defendant.

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff initiated this action by filing **pro se** a Title VII Complaint. The court must construe the complaint liberally because Plaintiff is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Plaintiff will be ordered to file an amended complaint.

The court has reviewed Plaintiff's complaint and has determined that the action may be dismissed because the complaint fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. **See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas**, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. **See TV Communications Network, Inc. v. ESPN, Inc.**, 767 F. Supp. 1062, 1069 (D.

Colo. 1991), **aff'd**, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Plaintiff's complaint fails to comply with the pleading requirements of Rule 8 because he fails to provide a short and plain statement of his claim showing that he is entitled to relief. Plaintiff checks boxes on the complaint form indicating that Defendant discriminated against him because of his national origin by failing to hire him. However, Plaintiff fails to provide any factual support for his claim that he has been subjected to employment discrimination. Although he attaches a statement to the complaint, the statement is not written in English and does not clarify whatever claim Plaintiff may be asserting.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. **See Atkins v. Northwest Airlines, Inc.**, 967 F.2d 1197, 1203 (8th Cir. 1992); **Gillibeau v. City of Richmond**, 417 F.2d 426, 431 (9th Cir. 1969). The court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Plaintiff should be given an opportunity to file an amended complaint. He will be directed to do so below. Accordingly, it is

ORDERED that Plaintiff file, **within thirty (30) days from the date of this order**, an original and a copy of an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form: Title VII Complaint. It is

FURTHER ORDERED that, if Plaintiff fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this __1__ day of __December__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02358-OES

Mieczyslaw Bronakowski
4797 Briar Ridge Trl
Boulder, CO 80301

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint** to the above-named individuals on 12-1-05

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk