IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 05-cv-02358-REB-OES

MIECZYSLAW BRONAKOWSKI,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant;

    2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on the defendant; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

4. That after service of process on the defendant, the defendant or counsel for the defendant shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated January 18, 2006, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02358-REB-OES

Mieczyslaw Bronakowski
4797 Briar Ridge Trial
Boulder, CO 803010247

US Marshal Service
Service Clerk
Service forms for: Boulder Valley School District

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Safeway Inc.: AMENDED COMPLAINT FILED 1/3/06, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 1/25/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk