**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil No. 05-cv-02358-REB-CBS

MIECZYSLAW BRONAKOWSKI,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT, RE-2

    Defendant.

---

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL**

---

This matter comes before the Court on Michelle R. Rafik's Motion for Leave to Withdraw *(doc. no. 31)*. The Court has reviewed the pleadings, the file, and being fully advised, hereby GRANTS the instant motion.

Attorney Michelle R. Rafik is relieved of any further representation of Defendant in the above captioned matter. The Clerk's Office is instructed to remove her from the electronic certificate of mailing.

DATED at Denver, Colorado, this 2nd day of June, 2006.

                                                BY THE COURT:

                                                *s/Craig B. Shaffer*
                                                Craig B. Shaffer
                                                United States Magistrate Judge