**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-02358-REB-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 8, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MIECZYSLAW BRONAKOWSKI,                          Katrin Miller Rothgery

    **Plaintiff,**

    v.

BOULDER VALLEY SCHOOL DISTRICT,            Meghan E. Pound

    **Defendant.**

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

Counsel present arguments regarding Plaintiff's Motion to Stay Proceedings, Amend Case Management Order, and Strike Defendant's Motion for Summary Judgment [filed December 12, 2006; doc. 42].

**ORDERED:** **Plaintiff's Motion to Stay Proceedings, Amend Case Management Order, and Strike Defendant's Motion for Summary Judgment [filed December 12, 2006; doc. 42] is granted in part and denied in part for the reasons stated on the record. The request to stay proceedings is denied as moot. The request to amend the case management order is granted. The request to strike the defendant's motion for summary judgment is denied as mooted by the oral motion to withdraw.**

**ORDERED:** **Discovery Cut-off: May 30, 2007.**

    **Dispositive Motions deadline: May 30, 2007.**

    **Parties shall designate affirmative experts on or before April 1, 2007.**

    **Parties shall designate rebuttal experts on or before May 15, 2007.**

    **Each party shall be limited to nine (9) fact depositions, absent leave of court.**

**FINAL  PRETRIAL CONFERENCE**  is set for **September 28, 2007 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference**.
(See the court's website for Instructions for Preparation and Submission)

**ORDERED:** **Counsel shall submit updated confidential settlement statements to the Court by April 30, 2007.**

**ORDERED:** **Plaintiff shall update his 26(a) disclosures by February 5, 2007.**

**ORDERED:** **Defendant's oral motion to withdraw the Motion for Summary Judgment [doc. 38] without prejudice is granted.  The motion is hereby withdrawn without prejudice.**

**Court goes off the record to discuss settlement:    9:01 a.m.**

HEARING CONCLUDED.

**Court in Recess**:      **9:03 a.m.**
Total In-Court Time:     00:33