IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02358-REB-CBS

MIECZYSLAW BRONAKOWSKI,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT,

    Defendant.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on: 1) the defendant's **Motion for Summary Judgment** [#54], filed May 30, 2007; 2) the **Recommendation of United States Magistrate Judge** [#64], filed September 10, 2007; 3) the plaintiff's **Notice of Appeal** [#66], filed September 21, 2007; and 4) the plaintiff's **Support Notice of Appeal** (sic) [#69], filed October 15, 2007.  I overrule the objections, adopt the recommendation, and grant the defendant's motion for summary judgment.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable case law.  In addition, because the plaintiff is proceeding *pro se*, I have construed his filings generously and with the leniency due *pro se* litigants.  **See Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d

1106, 1110 (10th Cir. 1991).

I note that the plaintiff's Notice of Appeal [#66], filed September 21, 2007 and the plaintiff's Support Notice of Appeal (sic) [#69], filed October 15, 2007, both appear to be intended to state objections to the magistrate judge's recommendation.  The plaintiff's October 15, 2007, filing [#69] was filed after the deadline for filing objections to the recommendation.  However, the plaintiff claims in that filing that his receipt of the Defendant's Response To Plaintiff's Objection To Recommendation of United States Magistrate Judge was delayed.  On this basis, and possibly others, he asks that his October 15, 2007, filing be accepted as timely.  I grant this request.

The magistrate judge's recommendation is detailed and well-reasoned.  The plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's request that his **Support Notice of Appeal** (sic) [#69], filed October 15, 2007, be accepted as a timely objection to the magistrate judge's recommendation is **GRANTED**, and the plaintiff's **Support Notice of Appeal** (sic) [#69], filed October 15, 2007, is accepted as a timely objection to the recommendation;

2. That the objections stated by the plaintiff in his **Notice of Appeal** [#66], filed September 21, 2007, and in his **Support Notice of Appeal** (sic) [#69], filed October 15, 2007, are **OVERRULED**;

3. That the **Recommendation of United States Magistrate Judge** [#64], filed

2

September 10, 2007, is **APPROVED AND ADOPTED** as an order of this court;

4. That the defendant's **Motion for Summary Judgment** [#54], filed May 30, 2007, is **GRANTED**;

5. That the defendant **IS AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;

6. That this case is **DISMISSED**.

Dated February 252008, at Denver, Colorado.

                                       **BY THE COURT:**

                                       s/ Robert E. Blackburn
                                       **Robert E. Blackburn**
                                       **United States District Judge**