# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-02358-REB-CBS

MIECZYSLAW BRONAKOWSKI,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

**Blackburn, J.**

The matter before me is the plaintiff's **Motion for Relief From Judgment** [#93][1] filed September 15, 2009. I deny the motion.

I construe the plaintiff's motion as a motion for relief from final judgment under Fed.R.Civ.P. 60(b). Rule 60(b) relief requires a showing of exceptional circumstances warranting relief from judgment. ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). A litigant shows exceptional circumstances by satisfying one or more of the grounds for relief enumerated in Rule 60(b). *Id*. at 1243-44. The plaintiff has not mentioned or established in his motion any of grounds for relief under FED. R. CIV. P. 60(b) as codified and construed. I deny the motion.

---

[1] "[#93]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that the plaintiff's **Motion for Relief From Judgment** [#93] filed September 15, 2009, is **DENIED**.

Dated September 8, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge